KILLIAN MCCLELLAN, as Administrator of the Estate of JOSEPH MCCLELLAN, Deceased, Respondent, *v.* THE BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant.

*McClellan* v. *Brooklyn Heights R. R. Co.*, 89 App. Div. 622, affirmed.
(Argued October 24, 1904; decided November 15, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 20, 1904, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*I. R. Oeland* and *George D. Yeomans* for appellant.

*Samuel S. Whitehouse* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, MARTIN, VANN and WERNER, JJ.